United States Courts
Southern District of Texas
FILED

*February 22, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.  4:24-cr-00103** |
| | § | |
| | § | |
| **RAY WASHINGTON** | § | |
| **Defendant** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

(18 USC § 922(g)(1) - FELON IN POSSESSION OF A FIREARM)

On or about September 5, 2023, in the Houston Division of the Southern District of Texas,

RAY WASHINGTON

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock model 19X pistol with serial number BXZF110, and 17 rounds of 9x19 caliber ammunition, that were in or affecting interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, § 924(d)(1), and Title 28, United States Code, § 2461(c), the United States of America hereby gives notice that upon conviction of Felon in Possession of a Firearm and/or Ammunition, all firearms and ammunition possessed, or used in violation of Title 18, United States Code, § 922(g)(1) are subject to forfeiture, including but not limited to:

1. A Glock model 19X pistol with serial number BXZF110.
2. 17 rounds of 9x19 caliber ammunition.

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

ALAMDAR HAMDANI
UNITED STATES ATTORNEY

*John Ganz*

JOHN S. GANZ
Assistant United States Attorney

2